MARTHA P. RYDER, Respondent, v. LIDA P. BELL, as Executrix, etc., of JAMES BELL, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GEORGE G. SEGAL, Respondent, v. OSCAR ENGLANDER, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

JACOB OEHRIG, etc., Appellant, v. BROAD CHANNEL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs.    No opinion. Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

EDWARD SEVERIN, on Behalf of Himself and All Others Similarly Situated, Appellant, v. BROAD CHANNEL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

JACOB JACOBS, Respondent, v. MARY FORMAN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the calendar for January, 1920, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox JJ.

CHARLES B. IRWIN, Respondent, v. EDWARD RIEGELMANN, as Sheriff of the County of Kings, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

GUSTAVE LEVY, Respondent, v. BENJAMIN JACOBSON and Others, Individually and as Copartners, etc., Appellants, and FRANK MARTIN, Defendant.— We think that the judgment in so far as it holds the defendant Sam Perlin, is not justified, and that the findings that he was a copartner with the other defendants or was a joint venturer with the other parties to this action, are against the evidence.    The judgment in so far as it holds Perlin is reversed, and judgment given in his favor, with costs.    The judgment as thus modified is affirmed as to the other defendants, with costs.    Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concurred.    Let proposed findings and conclusions of law be submitted within ten days by the parties to the presiding justice.

NASSAU LUMBER COMPANY, Respondent, v. BAY BOULEVARD REALTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion.    Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

PACIFIC FLUSH TANK COMPANY, Plaintiff, v. THE VILLAGE OF HEMPSTEAD, Appellant and Respondent.    NEW YORK COUNTY NATIONAL BANK, Appellant; ARCHIBALD G. PATTERSON and BRESLIN COMPANY, Respondents, Impleaded with Others, Defendants.— Judgment of the County Court of Nassau county unanimously affirmed, with a separate bill of costs to each respondent appearing and filing a brief upon this appeal.    No opinion.    Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.